IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Zachary Alexander Gaither, | ) | No. 2:13-cv-2818-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Southern Cross Financial, LLC, Mervin | ) | |
| E. Brock, Bay Point Capital Partners, L.P., | ) | |
| River Road Development, LLC, Steven | ) | |
| M. Brock, GDCI GA 4, L.P., Brock Built | ) | |
| Homes, LLC, River Road | ) | |
| Development, II, LLC, and Stono | ) | |
| Charleston, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendants Southern Cross Financial, LLC, River Road Development, LLC, Brock Built Homes, LLC, and Stono Charleston, LLC's (collectively "Brock Defendants") motion to require Plaintiff to post a bond pending appeal or in the alternative requiring Plaintiff to cancel three lis pendens. (Dkt. No. 48). As set forth below, this motion is granted.

On September 16, 2013, Plaintiff filed this civil action in state court asserting various causes of action arising from a business dispute concerning a real estate development. (Dkt. No. 1-1). On that same day, Plaintiff also filed three lis pendens relating to property involved in the dispute. (Dkt. No. 1-1). Defendants timely removed the matter to this Court. The parties then entered into a consent motion to stay this case pending arbitration. (Dkt. No. 35). The parties then proceeded to arbitration from March 4 to 7, 2014, before arbitrator David H. Flint. The arbitrator then issued a written Arbitration Award on May 6, 2014. (Dkt. No. 42-1). As part of

the Arbitration Award, the arbitrator ordered Plaintiff to cancel these three lis pendens. (Dkt. No. 42-1 at 22-23). The Court later confirmed this portion of the award. (Dkt. No. 55).

Following the issuance of the Arbitration Award, the Brock Defendants filed the present motion because Plaintiff had not cancelled the lis pendens as required by the terms of the Award. (Dkt. No. 48). Plaintiff has not filed a timely response to this motion. Therefore, and because the Court has confirmed this portion of the Award, the Court grants the motion, (Dkt. No. 48), and orders Plaintiff to cancel the three lis pendens as required by terms of the Award.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

June 15, 2014
Charleston, South Carolina